# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

**MANDATE**

FILED
OCT -8 2009
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 8th day of October, two thousand and nine,

Iyabo Alabi-Isama,

    Plaintiff-Appellant,

v.

Saint Vincent Catholic Medical Centers,

    Defendant-Appellee.

**ORDER**
Docket Number: 09-2820-cv

07-cv-2107

An appeal having been filed in this Court on June 30, 2009; and,

The Court, *sua sponte*, on September 18, 2009 having issued an order to show cause why the appeal should not be dismissed for failure to pay the required docket fee; and

Appellant not having responded to the Court as directed;

IT IS ORDERED, that the appeal is dismissed.

For the Court:
Catherine O'Hagan Wolfe, Clerk
By:
Yenhi Liu, Deputy Clerk

ISSUED AS MANDATE: 11/30/09